IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY F. MARINO,

        Plaintiff,                            Civil Action No. 2:12-cv-02204

v.

ASSET ACCEPTANCE, LLC.,

        Defendant.

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay her or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

                                              Respectfully submitted,

Dated: September 5, 2012              By: s/ J. Mark Meinhardt
                                              J. Mark Meinhardt, #20245
                                              9400 Reeds Road, Suite 210
                                              Overland Park, KS 66207
                                              (913) 451-9797 Telephone
                                              (913) 451-6163 Facsimile
                                              Mark@meinhardtlaw.com
                                              **ATTORNEY FOR PLAINTIFF**